IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No.  08-15088-NLJ |
|---|---|
| CAVEN, EDWARD CLARK<br>CAVEN, DEBRA LOUISE<br><br>Debtors. | Chapter 7 |

**PAYMENT OF FUNDS TO THE CLERK**
**PURSUANT TO BANKRUPTCY RULE 3010**

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000014 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave  Ste 1120<br>Miami FL 33131 | $3.20 |

**TOTAL**                                                                                                   **$3.20**

DATED: June 7, 2010

                                                    /s/ Robert A. Brown_____
                                                  ROBERT A. BROWN, Trustee
                                                  123 WEST 7TH AVENUE, SUITE 102
                                                  STILLWATER, OK  74074
                                                  405.377.8185
                                                  bob@bobbrownattorney.com

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

CUSTOMER CONNECTION
32-1/1110 TX
0

**3015**

| DATE | AMOUNT |
|---|---|
| 06/07/10 | ***********3.20 |

**2299395**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-15088   NLJ | Debtor: CAVEN, EDWARD CLARK<br>Joint Debtor: CAVEN, DEBRA LOUISE |

United States Bankruptcy Court
OK

*Three Dollars And 20/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊003015⑊ ⑊■■■■■■■⑊ ■■■■2758⑊

| Date: 06/07/10 | Check Number: 3015 | Amount: 3.20 |
|---|---|---|
| Case Number: 08-15088   NLJ<br>Debtor Name: CAVEN, EDWARD CLARK<br>SSN: ■■■-6614 | | |
| Paid To: United States Bankruptcy Court<br>OK | Trustee: ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | |
| Description: REMITTED TO COURT | | |
| Bank Account Number: ■■■2758 | | |